IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN D. PETTINEO, : | |
| Plaintiff : | |
| v. : | NO. 02-CV-4690 |
| : | |
| MALVERN FEDERAL SAVINGS BANK : | |
| Defendant : | |

**ENTRY OF APPEARANCE**

Please take notice that Defendant, Malvern Federal Savings Bank, hereby appears in the above action and that the undersigned has been retained as attorney for said Defendant who demands that a copy of all papers in this action be served upon the undersigned, c/o Lentz, Cantor & Massey, Ltd., 20 Mystic Lane, Chester County Commons, Malvern, PA 19355.

                                                LENTZ, CANTOR & MASSEY, LTD.

                                                By: _____
                                                    Albert P. Massey, Jr., Esquire
                                                    PA Attorney I.D. No. 04851
                                                    20 Mystic Lane, Chester County Commons
                                                    Malvern, PA 19355
Date: August 9, 2002                        (610) 722-5800

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing Entry of Appearance has been served by first class mail, postage prepaid, upon the following:

John D. Pettineo
421 East Airy Street
Norristown, PA 19401

                              LENTZ, CANTOR & MASSEY, LTD.

BY: _____
            Albert P. Massey, Jr., Esquire
            PA ID No. 04851
            20 Mystic Lane, Chester County Commons
            Malvern, PA  19355
            (610) 722-5800
            Attorney for Defendant
            Malvern Federal Savings Bank

Date:  August 9, 2002