IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN D. PETTINEO, | : | |
| Plaintiff | : | |
| v. | : | CIVIL ACTION NO. |
|  | : | **(02-CV-4690)** |
| MALVERN FEDERAL SAVINGS BANK | : | |
|  | : | |
| Defendant | : | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The matter in difference in the above-entitled action having been amicably adjusted by and among the parties, it is hereby stipulated and agreed that the same be, and it is, hereby dismissed with prejudice and without costs against any party.

DATED: August 8, 2002

_____
John D. Pettineo
Plaintiff Pro Se


LENTZ, CANTOR & MASSEY, LTD.

_____
BY: Albert P. Massey, Jr., Esquire, as Attorney
and Authorized Representative for
Defendant, Malvern Federal Savings Bank
Chester County Commons
20 Mystic lane
Malvern, PA 19355
(610)-722-5800
ID#:  04851

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing Proposed Order and Stipulation Of Dismissal With Prejudice has been served by first class mail, postage prepaid, upon the following:

    John D. Pettineo
    421 East Airy Street
    Norristown, PA 19401

                      LENTZ, CANTOR & MASSEY, LTD.

                      BY:   _____
                             Albert P. Massey, Jr., Esquire
                             PA ID No. 04851
                             20 Mystic Lane, Chester County Commons
                             Malvern, PA  19355
                             (610) 722-5800
                             Attorney for Defendant
                             Malvern Federal Savings Bank

Date:  August 9, 2002